JAMAICA-KEW PROPERTIES, INC., Respondent, v. 478 THIRD AVENUE CORPORATION, Appellant, Impleaded with Others.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CITY OF NEW YORK, Respondent, v. L. P. O'CONNOR, INC., et al., Appellants. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of VIVIAN H. HOOKS, Appellant. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MANUFACTURERS TRUST COMPANY, Respondent, v. CHARLES SABSEVITZ, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALPHONSE PELLICANO, Appellant, against HARRY T. ASHWORTH, Warden of the Penitentiary of the City of New York, Rikers Island, New York, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GLAYDAS HERZBERG, Doing Business as SEAL-COTE COMPANY, Respondent, v. REVLON PRODUCTS CORPORATION, Appellant.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

C. W. SPARKS & CO., INC., Appellant, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY J. KANE, Respondent, v. JULIUS C. SIEGELMAN et al., Appellants.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.